IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| TEREEQ MUHHAMAD AKBAR, #1097127 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-07-031 |
| | § | |
| A. CASTILLO, Warden of TDCJ-CID | § | |
| | § | |

**ORDER**

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on March 17, 2007. Petitioner has filed his Objections to the Report and Recommendation in a timely manner.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that Petitioner's Objections are without merit and that the Report and Recommendation is correct and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** that the Petition for a Writ of Habeas Corpus of Tereeq Muhhamad Akbar (Instrument No. 1) is **DISMISSED**.

**DONE** at Galveston, Texas this 13th day of April, 2007.

_____
Samuel B. Kent
United States District Judge