IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| TEREEQ MUHHAMAD AKBAR, #1097127 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-07-031 |
| | § | |
| A. CASTILLO, Warden of TDCJ-CID | § | |
| | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order entered on the same date herewith, this action

is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 13th day of April, 2007.


_____

Samuel B. Kent
United States District Judge